UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

___ Priority
_✓_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3
___ Scan Only

Case No.   CV 01-09958 DDP (Ex)                                Dated: May 3, 2002

Title:   CLAUDETTE I. SELVIN -v- BRITISH VIRGIN ISLAND TOURIST BOARD, a business entity of form unknown; PERLA GEORGE, an individual; ANN LEONARD, an individual

========================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

Julie A. Henry                                  None Present
Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:               ATTORNEYS PRESENT FOR DEFENDANTS:

None                                            None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

   **COUNSEL ARE NOTIFIED** that the document filed on May 1, 2002 had an incorrect caption. The Court considers the document entitled "Joint Report of Early Meeting of Counsel" to be the "Rule 26(f) Report", as required by the Court's **ORDER SETTING SCHEDULING CONFERENCE**:

   The conference will be held pursuant to Federal Rules of Civil Procedure 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than twenty-one (21) days prior to the scheduling conference and file a report with the Court entitled "Rule 26(f) Report", not later than fourteen (14) days after they confer as required by Federal Rule of Civil Procedure 26 and the Local Rules of this Court.



MINUTES FORM 11
CIVIL -- GEN

Initials of Deputy Clerk _____