LODGED

2002 OCT 30 PM 2:26

1  Harold M. Brody, State Bar No. 084297
   Russell A. Wetanson, State Bar No. 205402
2  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
3  Los Angeles, California 90067-3206
   Ph: (310) 557-2900
4  Fax: (310) 557-2193

5

6  Attorneys for Defendant British Virgin
   Islands Tourist Board and Perla George

FILED
CLERK, U.S. DISTRICT COURT

OCT -1 2002
10-31-02

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  CLAUDETTE I. SELVIN,                    ) Case No. CV-01-09958 DDP
                                            ) (Ex)
12                Plaintiff,                )
                                            ) STIPULATION AND [PROPOSED]
13          v.                              ) ORDER FOR DISMISSAL WITH
                                            ) PREJUDICE
14  BRITISH VIRGIN ISLAND TOURIST           )
    BOARD, a business entity unknown;       )
15  PERLA GEORGE, an individual, ANN        )
    LENNARD, an individual, and DOES 1      )
16  through 100, inclusive,                 )
                                            )
17                Defendants.               )
                                            )
18  _____

___ Priority
___ Send
___ Clsd
___ Enter
 ✓  JS-5/JS-6
___ JS-2/JS-3
 ✓  SCAN ONLY

ENTERED ON ICMS

NOV -1 2002
CV

6361/13566.001
LALIB1/537731 v1

ORIGINAL

1  WHEREAS, plaintiff Claudette I. Selvin and defendants British
2  Virgin Island Tourist Board, Perla George, and Ann Lennard (the
3  "Parties") have settled the above-captioned action as to said
4  Parties, by and through their respective counsel of record, the
5  Parties hereby stipulate to dismiss the above-captioned action
6  with prejudice as to all defendants.  Said Parties each to bear
7  its own costs and attorneys' fees.

9  DATED: October 29, 2002          LAW OFFICES OF JOVI G. USUDE

                                    _____
                                    Jovi G. Usude
                                    Attorney for Plaintiff
                                    Claudette I. Selvin

15 DATED:  October __, 2002         PROSKAUER ROSE LLP
                                    Harold M. Brody
                                    Russell A. Wetanson


                                    _____
                                    Russell A. Wetanson
                                    Attorneys for Defendants
                                    British Virgin Islands Tourist Board
                                    and Perla George

   IT IS SO ORDERED.


   DATED: 10-31-02                  _____
                                    UNITED STATES DISTRICT COURT JUDGE

1   WHEREAS, plaintiff Claudette I. Selvin and defendants British
2   Virgin Island Tourist Board, Perla George, and Ann Lennard (the
3   "Parties") have settled the above-captioned action as to said
4   Parties, by and through their respective counsel of record, the
5   Parties hereby stipulate to dismiss the above-captioned action
6   with prejudice as to all defendants.  Said Parties each to bear
7   its own costs and attorneys' fees.

9   DATED: October __, 2002           LAW OFFICES OF JOVI G. USUDE

                                      _____
                                      Jovi G. Usude
                                      Attorney for Plaintiff
                                      Claudette I. Selvin

15  DATED: October 30, 2002           PROSKAUER ROSE LLP
                                      Harold M. Brody
                                      Russell A. Wetanson

                                      /s/ Russell A. Wetanson
                                      _____
                                      Russell A. Wetanson
                                      Attorneys for Defendants
                                      British Virgin Islands Tourist Board
                                      and Perla George

22  IT IS SO ORDERED.

24  DATED:
                                      _____
                                      UNITED STATES DISTRICT COURT JUDGE